# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-CR-372-BES-LRL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING JAIL VISITATION WITH DR. NORTON ROITMAN MAY 8, 2007 BETWEEN THE HOURS OF 1:00 P.M. – 4:00 P.M.** |
| RON WELSH, | ) | |
| Defendant. | ) | |

Defendant Ron Welsh has submitted an Ex-Parte Motion for Order to Allow Jail Visitation Expedited (Emergency) Treatment Requested (#45). Good cause appearing;

IT IS THEREFORE ORDERED that Defendant's Ex-Parte Motion for Order to Allow Jail Visitation Expedited (Emergency) Treatment Requested (#45) is GRANTED.

IT IS FURTHER ORDERED that Defendant Ron Welsh, currently in the custody of the United States Government through contract with the North Las Vegas Detention Center is permitted a contact visit with Dr. Norton Roitman at the North Las Vegas Detention Center on May 8, 2007 between the hours of 1:00 p.m. and 4:00 p.m.

DATED this 7th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE